```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

**Mason Stewart**

    **v.**            **Civil No. 13-cv-38-PB**

**United States of America**

### NOTICE OF RULING

Re: Document No. 1, Motion to Vacate Sentence

Ruling: The defendant has failed to identify any nonfrivolous ground justifying the relief he seeks. Nor has he been able to explain how granting him any additional time would allow him to cure the deficiency in his pleading. The Motion to vacate sentence is denied.

The court finds that the petitioner has failed to make a substantial showing of the denial of a constitutional right, and therefore declines to issue a certificate of appealabilty.  See  28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2255; First Cir. LR 22.0.

Entered by Paul Barbadoro, United States District Judge

Date:  April 19, 2013